# Court of Appeals
## Tenth Appellate District of Texas

10-26-00177-CR

In re Kenneth Dewanye Baze

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

**MEMORANDUM OPINION**

Kenneth Dewanye Baze's document entitled, "Petition for Writ of Mandamus/Pre-trial 11.08 Habeas Corpus," was filed on May 7, 2026. Initially, we note that the petition for writ of habeas corpus was not properly served. A copy of all documents presented to the Court must be served on all parties to the proceeding and must contain proper proof of service. TEX. R. APP. P. 9.5(a). This Court is not a party to the proceeding.

Nevertheless, we use Rule 2 to expedite the disposition of this proceeding and dismiss this proceeding for want of jurisdiction. *See* TEX. R. APP. P. 2; TEX. CODE CRIM. PROC. art. 11.05.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  May 21, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do Not Publish
OT06

